IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : |  |
|  | : | Honorable Robert B. Kugler |
| v. | : | Crim. No. 11-740 (RBK) |
|  | : |  |
| NICODEMO S. SCARFO, et al., | : | **ORDER** |
|  | : |  |

**THIS MATTER** having come before the Court on Defendant Adler's Motion for Reconsideration of the Court's February 19 Order, and the Court having considered the moving papers and responses thereto, and the Court having also considered the arguments of counsel at the August 2, 2013 hearing before the Court, and for the reasons expressed on the record on that date;

**IT IS HEREBY ORDERED** that Defendant Adler's [8] Motion for Reconsideration is **GRANTED IN PART, DENIED IN PART**. The Court will grant Adler's motion to the extent that he seeks re-argument of the relevant legal questions, but deny the motion to dismiss and motion for grand jury instructions.

Dated: 08/02/2013

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge